IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED
2006 JUN -8 A 10:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Curtis L. Anderson
Plaintiff(s)

vs.

State of Alabama
Defendant(s)

2:06 CV512-WHA

I, Curtis L. Anderson, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )   NO (✓)

   B. Rent payments, interest or dividends?  YES ( )   NO (✓)

   C. Pensions, annuities or life insurance payments?  YES ( )   NO (✓)

   D. Gifts or inheritances?  YES ( )   NO (✓)

   E. Any other sources?  YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received during the past twelve months.

SCANNED
06/09/06

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.   N/A
   _____
   _____

   _____
   Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF Montgomery    )

   Before me, a notary public in and for said County, in said State, personally appeared CURTIS L. ANDERSON, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

   _____
   Signature of Affiant

Sworn to and subscribed before me this 1st day of June, A.D. 2006

   _____
   Notary Public

   DONALD SIMMONS
   Notary Public, AL State at Large
   My Comm. Expires Aug. 3, 2009

   Barbour County, Alabama

O R

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 141707        NAME: ANDERSON, CURTIS LAMARIO        AS OF: 05/26/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAY | 5 | $0.17 | $0.00 |
| JUN | 30 | $1.56 | $25.00 |
| JUL | 31 | $0.94 | $30.00 |
| AUG | 31 | $1.81 | $50.00 |
| SEP | 30 | $1.23 | $0.00 |
| OCT | 31 | $1.16 | $25.00 |
| NOV | 30 | $2.56 | $25.00 |
| DEC | 31 | $1.69 | $30.00 |
| JAN | 31 | $0.24 | $0.00 |
| FEB | 28 | $4.02 | $60.00 |
| MAR | 31 | $1.10 | $20.00 |
| APR | 30 | $1.30 | $35.00 |
| MAY | 26 | $0.08 | $0.00 |