**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 16, 2006

# NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **Anderson L. Curtis v. Gwendolyn Mosley, et al.**

**Case Number:**       **#2:06-cv-00512-WHA**

**Referenced Document:**  **Document #1**
                         **Petition**

**This notice has been docketed to enter the corrected signature page into the record. The original pdf did not contain a signature. The corrected pdf is attached to this notice.**