IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION RECEIVED

ANDERSON L. CURTIS, #141707,            )        2006 JUL 31  P 1: 28
                                        )
        Petitioner,                     )        ....A P. HACKETT. CLK
                                        )        U. DISTRICT COURT
                                        )        ....LE DISTRICT ALA
v.                                      )        CIVIL ACTION NO.
                                        )        2:06-CV-512-WHA
                                        )
GWENDOLYN MOSLEY, et al.,               )
                                        )
        Respondents.                    )

## ANSWER

Come now the Respondents in the above-styled cause by and through the

Attorney General of the State of Alabama and in response to this Honorable

Court's Order to Show Cause state the following:

## PROCEDURAL HISTORY

1. On September 25, 2001, "Curtis L. Anderson" was convicted of first-

degree robbery in Montgomery County Alabama Circuit Court. On October 10,

2001 he was sentenced as an habitual offender to life imprisonment. (Exhibit "A")

2. On January 30, 2002 Petitioner's counsel filed a brief in substantial

compliance with Anders v. California, 386 U.S. 738 (1967) stating he had

reviewed the record and could find no meritorious issue for appellate review.

(Exhibit "B") On that same date the Alabama Court of Criminal Appeals issued an

"Anders" order.  Petitioner failed to file any additional point or issue for

consideration by the appellate court and on April 19, 2002, the Alabama Court of

Criminal Appeals issued an opinion stating that they had reviewed the trial record

and had not found any error harmful to Petitioner's conviction. (Exhibit "C")  A

certificate of judgment was issued on May 7, 2002. (Exhibit "D")

3.  On September 21, 2005, Petitioner filed a petition for relief pursuant to

Rule 32, Ala. R. Crim. P. that was summarily dismissed. (Exhibit "E")  On appeal

Petitioner challenged the constitutionality of the first-degree robbery statute.

(Exhibits "F" & "G")  On January 27, 2006 the Alabama Court of Criminal

Appeals affirmed the dismissal of Petitioner's Rule 32 petitioner on state

procedural grounds. (Exhibit "H")  A certificate of judgment was issued on May 12,

2006. (Exhibit "I")  On June 8, 2006, Petitioner filed the present federal habeas

corpus petition.

## ARGUMENT

4.  The present federal habeas corpus petition raised just one issue.  That

issue is that the first-degree robbery statute in his case is unconstitutional.  This is

the same issue raised for the first time in Petitioner's Rule 32 petition in state

court.  The appellate court ruled that was precluded because it could have been

2

raised at trial or on direct appeal, but was not. Also the court found that the claim was time barred by the applicable statute of limitation. (Exhibit "H)

     5. Where the state court correctly applies a procedural default principle of state law, the federal court is required to abide by the state court decision. <u>Harmon v. Barton</u>, 894 F. 2d 1268, 1270 (11th Cir. 1990) Based upon Petitioner's procedural default in state court, the present habeas corpus petition is due to be dismissed and denied.

## EXHIBITS

1.  Exhibit "A" – Trial Record; CR-01-0296;

2.  Exhibit "B" – Petitioner's Direct Appeal Brief; CR-01-0246;

3.  Exhibit "C" – Memorandum Opinion; CR-01-0296;

4.  Exhibit "D" – Certificate of Judgment; CR-01-0296;

5.  Exhibit "E" – Rule 32 Record; CR-05-0315;

6.  Exhibit "F" – Petitioner's Rule 32 Appeal Brief; CR-05-0315;

7.  Exhibit "G" – States Rule 32 Appeal Brief; CR-05-0315;

8.  Exhibit "H" – Memorandum Opinion; CR-05-0315;

9.  Exhibit "I" – Certificate of Judgment; CR-05-0315.

Respectfully submitted,

TROY KING, ASB #KIN047
*Attorney General*
By-

*Assistant Attorney General*
Cecil G. Brendle, Jr.
ID #BRE005

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2006, I served a copy of the

foregoing on the Petitioner (including exhibits), by placing said copy in the United

States mail, first class, postage prepaid and addressed as follows:

Curtis Lamario Anderson
AIS# 141707
Easterling Correctional Facility
200 Wallace Dr.
Clio, Alabama  36017.

Respectfully submitted,

Cecil G. Brendle, Jr. (CGB005)
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL   36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: cbrendle@ago.state.al.us

161834/96485-001