# Court of Criminal Appeals

State of Alabama
Judicial Building, 300 Dexter Avenue
**P. O. Box 301555**
**Montgomery, AL 36130-1555**



**H.W."BUCKY" McMILLAN**
Presiding Judge
**SUE BELL COBB**
**PAMELA W. BASCHAB**
**GREG SHAW**
**A. KELLI WISE**
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

## MEMORANDUM

CR-01-0296                    Montgomery Circuit Court CC-01-359

<u>Curtis L. Anderson, alias v. State of Alabama</u>

WISE, Judge.

The appellant, Curtis L. Anderson, alias, was convicted of robbery in the first degree, a violation of § 13A-8-41, Ala. Code 1975. Anderson was sentenced, as a habitual felony offender, to life imprisonment. In addition, the trial court ordered Anderson to pay a $50 assessment to the Crime Victims Compensation Fund and $500 in restitution.

Anderson's counsel filed a brief in substantial compliance with <u>Anders v. California</u>, 386 U.S. 738 (1967). Counsel stated that he reviewed the record and finds no meritorious issues presented for review.

This Court issued an <u>Anders</u> order on January 30, 2002. Anderson has failed to file any additional points or issues for consideration by this Court. We have also reviewed the record in this case and have found no error harmful to the

1



appellant's rights.

The judgment of the trial court is therefore affirmed.

**AFFIRMED.**

McMillan, P.J., and Cobb, Baschab, and Shaw, JJ., concur.