# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
## THE COURT OF CRIMINAL APPEALS

### CERTIFICATE OF JUDGMENT

**Criminal Appeals Case**  CR-01-0296

Curtis L. Anderson, alias v. State of Alabama (Appeal from Montgomery Circuit Court: CC01-359).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 19th day of April, 2002, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
7th day of May, 2002

*[signature]*

Clerk
Court of Criminal Appeals
State of Alabama

EXHIBIT D