# IN THE SUPREME COURT OF ALABAMA



May 12, 2006

**1050676**

Ex parte Curtis Lamario Anderson. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Curtis Lamario Anderson v. State of Alabama)   (Montgomery Circuit Court: CC01-359.61; Criminal Appeals : CR-05-0315).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

BOLIN, J. - Nabers, C.J., and See, Harwood, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 12th day of May, 2006

Clerk, Supreme Court of Alabama

EXHIBIT I

/bb