... *Anderson* #141707
*Winston Corr. Fac. Dorm* (1) *4b B*
28779 Nick Davis Road
*Mount, ala.*
35749

2:06cv512-WHA

HAPPY Holidays

HUNTSVILLE / AL

26 FEB 2007 PM

USA 41

This correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections in not
responsible for the substance or content
of the enclosed communication.

Debra P. Hackett (Clerk)

United States District Court of the
Middle District of Ala
office of the Clerk.
P.O.Bx 711
Montgomery, ala.