IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDERSON L. CURTIS, #141707, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-512-WHA |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Respondents. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now the Respondents in the above-styled cause, Troy King and Gwendolyn Mosley, through the undersigned attorney, pursuant to this District's General Order No. 3047, and make the following statement concerning potential conflicts of interest:

Troy King and Gwendolyn Mosley, parties named to the above-captioned case, as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. These parties do not possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Respectfully submitted

Troy King
*Attorney General*


/s/Cecil G. Brendle, Jr.
*Assistant Attorney General*
Cecil G. Brendle, Jr.
ID #BRE005

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Curtis L. Anderson, AIS# 141707, 28779 Nick Davis Road, Harvest, AL  35749-7009</u>.

 Respectfully submitted,

 /s/Cecil G. Brendle, Jr. (CGB005)
 Cecil G. Brendle, Jr. (CGB005)
 Office of the Attorney General
 Alabama State House
 11 South Union
 Montgomery, AL  36130-0152
 Telephone:  (334)  242-7300
 Fax:  (334)  242-2848
 E-Mail:  cbrendle@ago.state.al.us

369291/96485-001