Curtis L. Anderson #141707
565 Bibb Lane     B1-BED 8
Brent, Ala 35034

2:06CV512-WHA

BIRMINGHAM AL 352
05 MAR 2008 PM 4 T

"LET US DARE TO
THINK, SPEAK AND
John Adams, 1765

c/o "The Clerk" @
The United State District Court
for the Middle District of Alabama
"Northern District"

"Legal Importance"

"Legal Importance"