IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS L. ANDERSON, #141707, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv512-WHA |
| | ) | |
| GWENDOLYN MOSLEY, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## ORDER AND OPINION

On January 29, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 27). A Motion for Reconsideration was filed on February 19, 2009, and denied on the same day. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The 28 U. S. C. § 2254 petition for habeas corpus relief filed by Curtis L. Anderson is DENIED as Anderson failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1).

2. This case is DISMISSED with prejudice.

Done this the 2nd day of March, 2009.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE